**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| MARIE CHASE, | ) | No. CV 09-1788 CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: May 18, 2010

_____/S/_____
CARLA M. WOEHRLE
United States Magistrate Judge